# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JENNIFER GAGNON, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| TPUSA INC. d/b/a TELEPERFORMANCE USA, | ) ) ) | |
| Defendant. | ) ) ) | |

## <u>CONSENT TO SUE</u>

1.      I worked for Defendant TPUSA INC. d/b/a Teleperformance USA as a non-exempt employee and I was paid on a semi-monthly basis.

2.      I hereby consent to become a plaintiff in this case in connection with the claims under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and to be bound by judgment by the court or any settlement or resolution of this lawsuit.

3.      I designate Fair Work, P.C. to represent me for all purposes in this lawsuit.

**Signature:** *Signed by:* [signature] 0BCFA71BA297426...

**Name:** Jennifer Gagnon

**Address:** 38 third st 02777

Swansea Massachusetts

**Telephone:** 4014365842

**E-mail:** jenngag124@gmail.com